

**FILED**

OCT 2 7 2015

Clerk, U.S. District Court
District Of Montana
Helena

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BILLINGS DIVISION

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>TRAPPER PEAK CONSTRUCTION, INC., ROBERT R. MALONE, and SHEILA M. MALONE,<br><br>Defendants. | No. CV 13-106-BLG-SEH<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion for Entry of Judgment Against Trapper Peak Construction, Inc.[1] At the request of this Court, Plaintiff provided a Verified Supplemental Brief Regarding Attorney's Fees and Costs

---

[1] Doc. 112.

-1-

Incurred in Support of Motion for Entry of Default Judgment[2] supporting its claim for attorney's fees and costs.

Upon review of the materials provided, the Court has determined:

1. The hourly rates of $230/hour, $220/hour, and $190/hour charged for partners, senior associates, and junior associates, respectively, are reasonable and consistent with comparable services in other cases in this Court.

2. The hourly rate of $110/hour charged for lawyer support services is reasonable and consistent with comparable services in other cases in this Court.

ORDERED:

1. Plaintiff's Verified Supplemental Brief Regarding Attorney's Fees and Costs Incurred in Support of Motion for Entry of Default Judgment[3] is approved as follows:

    a. Attorney's fees of $395,748.66.

    b. Costs of $53,653.58.

2. Approved fees and costs may be included as part of Plaintiff's Motion for Entry of Judgment Against Trapper Peak Construction, Inc.[4]

---

[2] Doc. 119 and 119-2.

[3] Doc. 119.

[4] Doc. 112.

3. The Clerk is directed to enter judgment consistent with this Order, Plaintiff's Motion for Entry of Judgment Against Trapper Peak Construction, Inc.[5], and Plaintiff's Brief in Support of Motion for Entry of Default Judgment.[6]

DATED this 27th day of October, 2015.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[5] Doc. 112.

[6] Doc. 113.