UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY,<br><br>               Plaintiff,<br><br> vs.<br><br>TRAPPER PEAK CONSTUCTION, INC., ROBERT R. MALONE, and SHEILA M. MALONE,<br><br>               Defendants. | Case No. CV-13-106-BLG-SEH<br><br>JUDGMENT IN A CIVIL CASE |

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

    IT IS ORDERED AND ADJUDGED Judgment is enter on behalf of Plaintiff and against Defendant, Trapper Peak Construction, Inc., in the amount of $1,480,709.82, plus post-judgment interest accruing at the maximum rate allowed by law; and attorney fees in the amount of $395,748.77 and costs in the amount of $53,653.58 per Order [122].

    Dated this 27th day of October, 2015.

                                TYLER P. GILMAN, CLERK

                                By: /s/ Darlene DeMato
                                Deputy Clerk