UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>TRAPPER PEAK CONSTRUCTION, INC., ROBERT R. MALONE, and SHEILA M. MALONE,<br><br>　　　　　　Defendants. | Case No. CV-13-106-BLG-SEH<br><br>AMENDED JUDGMENT<br>IN A CIVIL CASE |

　　　**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

　**X**　**Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

　　　IT IS ORDERED AND ADJUDGED Amended Judgment is entered on behalf of Plaintiff and against Defendant, Trapper Peak Construction, Inc., in the amount of $1,487,916.66, plus post-judgment interest accruing at the maximum rate allowed by law.  Said judgment amount includes attorneys in the amount of $395,748.77, and costs in the amount of $53,653.58.

　　　Dated this 5th day of November, 2015.

　　　　　　　　　　　　　　TYLER P. GILMAN, CLERK

　　　　　　　　　　　　　　By: /s/ Darlene DeMato
　　　　　　　　　　　　　　Deputy Clerk